IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GREGORY LEE COLLINS JR., § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DENNISE GARCIA, DALLAS § <br> COUNTY, TEXAS, and STATE § <br> OF TEXAS, § <br> Defendants. § | Civil Action No. 3:18-CV-3299-N-BH |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment, the plaintiff's federal and state law claims against the State of Texas and Dennise Garcia in her official capacity and the state law claims against Dallas County, Texas will be **DISMISSED without prejudice** for lack of subject matter jurisdiction, and his federal law claims against Dallas County, Texas, any claims against Judge Garcia in her individual capacity, and his request for attorney's fees under 42 U.S.C. § 1988 will be **DISMISSED with prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

SIGNED this 27th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE